UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
VIVIANA LOPEZ,                           :
                                         :
                Plaintiff,               :      05 Civ. 10635 (JSR)
                                         :
        -v-                              :      ORDER
                                         :
JO ANNE B. BARNHART, Commissioner of     :
Social Security,                         :
                                         :
                Defendant.               :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

On April 24, 2007, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a typically thorough and well-reasoned Report and Recommendation ("Report") in the above-captioned case recommending that the motion of the Commissioner of the Social Security Administration (the "Commissioner") for judgment on the pleadings be denied and the case be remanded to the Commissioner for further consideration. Neither party has filed any objection to any part of Judge Dolinger's Report and, for that reason alone, the parties have waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court hereby adopts the Report and Recommendation in full, denying the Commissioner's motion and remanding the case for further consideration.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         April 22, 2008